1

2   McGREGOR W. SCOTT
    United States Attorney
3   YOSHINORI H. T. HIMEL #66194
    Assistant U. S. Attorney
4   501 I Street, Suite 10-100
    Sacramento, California 95814
5   Telephone:  (916) 554-2760

6   Attorneys for Federal Defendant
    UNITED STATES OF AMERICA

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  MATTHEW CARLTON AND MICHELLE          1:07-cv-00818-AWI-NEW
    CARLTON,
13
              Plaintiffs,                 **STIPULATION AND ORDER**
14                                        **DISMISSING ACTION FOR**
         v.                               **LACK OF SUBJECT MATTER**
15                                        **JURISDICTION**
    UNITED STATES OF AMERICA, et al.,
16
              Defendants.
17

18

19       Plaintiffs and federal defendant, under Fed. R. Civ. P. 41(a)(1)(ii) and LR 83-143(a)(1)

20  and (b), and in the absence of any appearance by the other parties to this action, hereby recite

21  and stipulate, subject to the approval of the Court as provided for hereon,  as follows:

22       1.  Plaintiffs assert, and federal defendant does not disagree, that the boundary

23  separating plaintiffs' land from the federal land is not a fence line but a segment of the

24  boundary separating the southeast quarter of the southeast quarter of Section 29, Township 8

25  South, Range 21 East, M.D.B.&M., from the northeast quarter of the southeast quarter of said

26  section.  See the survey map of the plaintiffs' property attached to the complaint as Exhibit A,

27  and the attachment to this stipulation, which is a preliminary report dated July 18, 2007.

28       2.  There thus is no case or controversy between plaintiffs and federal defendant.

STIPULATION AND ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION      Page 1

1     3.  Accordingly, this action should be and hereby is DISMISSED for lack of subject

2   matter jurisdiction.

3

Dated:  August 14, 2007                    DOWLING, AARON & KEELER, INC.

4

5

                                    By:     /s/ Jeffrey P. Davis
6                                           JEFFREY P. DAVIS
                                            Attorneys for Plaintiffs
7

8   Dated:  August 15, 2007                    McGREGOR W. SCOTT
                                            United States Attorney
9

10

                                    By:     /s/ Y H T Himel
11                                          YOSHINORI H. T. HIMEL
                                            Assistant U. S. Attorney
12                                          Attorneys for Federal Defendant

13

14                                      ORDER

15

16   IT IS SO ORDERED.

17   **Dated:    August 17, 2007**            /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28